1 | Law Offices of
RANDALL M. WIDMANN
2 | RANDALL M. WIDMANN, SBN 73154
2479 E. Bayshore Road, Suite 703
3 | Palo Alto, CA 94303
Phone: (650) 424-8400
4 | Fax: (650) 617-6888

Attorney for Plaintiff,
EMIL GIRCZYC

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| EMIL GIRCZYC | CASE NO. C 07 0337 2 PVT |
| Plaintiff, | |
| v. | **PLAINTIFF'S DEMAND FOR JURY TRIAL** |
| SUMMIT DESIGN, INC., a corporation, CHARLES HALE, an individual, DOE ONE through DOE FIFTY, inclusive. | |
| Defendants. | |

Plaintiff, EMIL GIRCZYC, demands a jury trial in the above entitled matter as provided by Rule 38(a) of the Federal Rules of Civil Procedure.

DATED: 07/03/07     _/s/_____
RANDALL M. WIDMANN
Attorney for Plaintiff

PLAINTIFF'S DEMAND FOR JURY TRIAL