# PROOF OF SERVICE

RE: GIRCZYC v. SUMMIT DESIGN, INC.
CASE NO. C 07 03327 2 PVT

I, ANNA DELGADO, declare:

I am over the age of 18 years, and not a party to this action. My business address is 2479 East Bayshore Road, Suite 703, Palo Alto, CA 94303 and on the date executed below, I served the within document(s), to wit:

**PLAINTIFF'S DEMAND FOR JURY TRIAL.**

on the party and/or parties listed below in said action:

**John R. Shuman, Jr.**
**Hope Ann Case**
**DLA PIPER US LLP**
**Attorneys for Defendant MEMC Electronic Materials, Inc.**
**2000 University Avenue**
**East Palo Alto, CA 94303-2248**
**Phone (650) 833-2000**
**Fax (650) 833-2001**

__X__ **(By Mail)** I am readily familiar with this office's business practice for collection, processing and depositing of correspondence for mailing with the United States Postal Service and that the above document(s) will be deposited with the United States Postal Service on this date by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail box at Palo Alto, California addressed as indicated above to each of the listed persons or parties listed above.

_____ **(By Facsimile)** By personally transmitting a true copy of the above document(s) via a facsimile machine to the parties or person listed above at the telephone-fax number listed for that party or person.

_____ **(By Personal Service)** By personally delivering a true copy of the above document(s) to the office address of the persons or parties listed above.

_____ **(By Federal Express-Overnight)** I am readily familiar with the Federal Express business practice for collection and processing of Federal Express packages and I have deposited the document(s) listed above in an authorized Federal Express Drop Box located at 2479 E. Bayshore Rd., Palo Alto, CA 94303, fully prepaid and addressed to the person or parties shown above.

I certify and declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on July 3, 2007 at Palo Alto, California.

_____*/S/*_____
ANNA DELGADO