| | |
|---|---|
| 1 | J. ROBERT SHUMAN, JR. (State Bar No. 100236) |
| | *bob.shuman@dlapiper.com* |
| 2 | HOPE ANNE CASE (State Bar No. 157089) |
| | *hope.case@dlapiper.com* |
| 3 | **DLA PIPER US LLP** |
| | 2000 University Avenue |
| 4 | East Palo Alto, CA  94303-2215 |
| | Tel:  650.833.2000 |
| 5 | Fax:  650.833.2001 |
| 6 | Attorneys for Defendants |
| | SUMMIT DESIGN, INC. |
| 7 | and CHARLES HALE |

                    UNITED STATES DISTRICT COURT

                    NORTHERN DISTRICT OF CALIFORNIA

                          SAN JOSE DIVISION

| | |
|---|---|
| EMIL GIRCZYC, | CASE NO.  C07-03372 PVT |
| Plaintiff, | (Santa Clara County Superior Court Case No. 107CV084178) |
| v. | |
| SUMMIT DESIGN, INC. a corporation, CHARLES HALE, an individual, DOE ONE through DOE FIFTY, inclusive, | **PROOF OF SERVICE RE NOTICE TO ADVERSE PARTY OF REMOVAL OF CIVIL ACTION TO THE UNITED STATES DISTRICT COURT** |
| Defendants. | |

I am a resident of the State of California, over the age of eighteen years, and not a party to this action.  My business address is DLA Piper US LLP, 2000 University Avenue, East Palo Alto, California 94303.

On, June 28, 2007, I served a copy of the **Notice to Adverse Party of Removal of Civil Action to the United States District Court** (a copy of which is attached hereto as <u>Exhibit A</u>), by placing the document in a sealed envelope and marked for overnight delivery via **Golden State Overnight**, and know that in the ordinary course of business the documents described above were deposited in a box or other facility regularly maintained by **Golden State Overnight** or delivered to an authorized courier or driver authorized by **Golden State Overnight** to receive

/ / /

DLA PIPER US LLP
EAST PALO ALTO

PA\10508415.1                     -1-

PROOF OF SERVICE OF NOTICE TO ADVERSE PARTY OF REMOVAL OF CIVIL ACTION
TO THE UNITED STATES DISTRICT COURT / CASE NO. C07-03372 PVT

1 | correspondence on the same date that it is deposited in the ordinary course of business for
2 | collection.
3 |     I declare under penalty of perjury that the above is true and correct.
4 |     Executed on July 3, 2007, at East Palo Alto, California.

/S/
Maurene Martin

PA\10508415.1
365827-1
-2-
PROOF OF SERVICE OF NOTICE TO ADVERSE PARTY OF REMOVAL OF CIVIL ACTION
TO THE UNITED STATES DISTRICT COURT / CASE NO. C07-03372 PVT

DLA Piper US LLP
East Palo Alto