1  correspondence on the same date that it is deposited in the ordinary course of business for
2  collection.
3      I declare under penalty of perjury that the above is true and correct.
4  Executed on July 3, 2007, at East Palo Alto, California.

                                               */s/ Maurene Martin*
                                               Maurene Martin

DLA PIPER US LLP
EAST PALO ALTO

PA\10508415.1
365827-1

-2-

PROOF OF SERVICE OF NOTICE TO ADVERSE PARTY OF REMOVAL OF CIVIL ACTION
TO THE UNITED STATES DISTRICT COURT / CASE NO. C07-03372 PVT