1  J. ROBERT SHUMAN, JR. (State Bar No. 100236)
   *bob.shuman@dlapiper.com*
2  HOPE ANNE CASE (State Bar No. 157089)
   *hope.case@dlapiper.com*
3  **DLA PIPER US LLP**
   2000 University Avenue
4  East Palo Alto, CA 94303-2215
   Tel: 650.833.2000
5  Fax: 650.833.2001

6  Attorneys for Defendants
   SUMMIT DESIGN, INC.
7  and CHARLES HALE

8                   UNITED STATES DISTRICT COURT
9                   NORTHERN DISTRICT OF CALIFORNIA
10                  SAN JOSE DIVISION

11

12 EMIL GIRCZYC,                                CASE NO. C07-03372 PVT

13         Plaintiff,                           (Santa Clara County Superior Court
                                                Case No. 107CV084178)
14     v.
                                                **PROOF OF SERVICE RE NOTICE TO
15 SUMMIT DESIGN, INC. a corporation,           SUPERIOR COURT CLERK OF
   CHARLES HALE, an individual, DOE             REMOVAL OF CIVIL ACTION TO THE
16 ONE through DOE FIFTY, inclusive,            UNITED STATES DISTRICT COURT**

17         Defendants.

18

19         I am a resident of the State of California, over the age of eighteen years, and not a party to

20 this action. My business address is DLA Piper US LLP, 2000 University Avenue, East Palo Alto,

21 California 94303.

22         On, June 28, 2007, I served a copy of the **Notice to Superior Court Clerk of Removal of**

23 **Civil Action to the United States District Court** (a copy of which is attached hereto as Exhibit

24 A), by placing the document in a sealed envelope and marked for overnight delivery via **Golden**

25 **State Overnight**, and know that in the ordinary course of business the documents described

26 above were deposited in a box or other facility regularly maintained by **Golden State Overnight**

27 or delivered to an authorized courier or driver authorized by **Golden State Overnight** to receive

28 / / /

PA\10508416.1                          -1-
365827-1

DLA PIPER US LLP
EAST PALO ALTO

PROOF OF SERVICE OF NOTICE TO SUPERIOR COURT CLERK OF REMOVAL OF CIVIL ACTION
TO THE UNITED STATES DISTRICT COURT / CASE NO. C07-03372 PVT

1 correspondence on the same date that it is deposited in the ordinary course of business for
2 collection.
3     I declare under penalty of perjury that the above is true and correct.
4     Executed on July 3, 2007, at East Palo Alto, California.

/S/
Maurene Martin