1  correspondence on the same date that it is deposited in the ordinary course of business for
2  collection.
3      I declare under penalty of perjury that the above is true and correct.
4      Executed on July 3, 2007, at East Palo Alto, California.

                                                  */s/ Maurene Martin*
                                                  Maurene Martin

DLA PIPER US LLP
EAST PALO ALTO
PA\10508416.1
365827-1
-2-
PROOF OF SERVICE OF NOTICE TO SUPERIOR COURT CLERK OF REMOVAL OF CIVIL ACTION
TO THE UNITED STATES DISTRICT COURT / CASE NO. C07-03372 PVT