J. ROBERT SHUMAN, JR. (State Bar No. 100236)
*bob.shuman@dlapiper.com*
HOPE ANNE CASE (State Bar No. 157089)
*hope.case@dlapiper.com*
**DLA PIPER US LLP**
2000 University Avenue
East Palo Alto, CA 94303-2215
Tel: 650.833.2000
Fax: 650.833.2001

Attorneys for Defendants
SUMMIT DESIGN, INC.
and CHARLES HALE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EMIL GIRCZYC,<br><br>Plaintiff,<br><br>v.<br><br>SUMMIT DESIGN, INC. a corporation, CHARLES HALE, an individual, DOE ONE through DOE FIFTY, inclusive,<br><br>Defendants. | CASE NO. C07-03372 PVT<br><br>(Santa Clara County Superior Court Case No. 107CV084178)<br><br>**DEFENDANTS SUMMIT DESIGN, INC. AND CHARLES HALE'S DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE**<br>**AND**<br>**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT First Paper Filed: June 27, 2007** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE.

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: August 21, 2007         DLA PIPER US LLP

By _____/S/_____
HOPE ANNE CASE.
Attorneys for Defendants
Summit Design, Inc. and Charles Hale

PA\10512327.1
365827-1

-1-