UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

EMIL GIRCZYC,
                    Plaintiff(s),

v.

SUMMIT DESIGN, INC. ET AL.,
                    Defendant(s).
_____/

CASE NO. CV-07-03372 JW (PVT)

ADR CERTIFICATION BY PARTIES
AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled *Dispute Resolution Procedures in the Northern District of California* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45)*;

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 9/17/07
                                                        _____
                                                        [Party]

Dated: 9/17/07
                                                        _____
                                                        [Counsel]
                                                        RANDALL M. WIDMANN
                                                        Attorney for Plaintiff,
                                                        EMIL GIRCZYC

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "ADR Certification (ADR L.R. 3-5b) of Discussion of ADR Options."

Rev. 12/05