# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Emil Girczyc,

            Plaintiff(s),

v.

Summit Design, Inc., et al.,

            Defendant(s).

CASE NO. CV 07-03372 JW (PVT)

NOTICE OF NEED FOR ADR PHONE CONFERENCE

Counsel report that they have met and conferred regarding ADR and that they:

☐ have not yet reached an agreement to an ADR process
☒ request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference  10/01/07

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
| --- | --- | --- | --- |
| Randall Widmann | Plaintiff | 650.424.8400 | WidmannLaw@yahoo.com |
| Hope Anne Case | Defendants | 650.833.2376 | Hope.Case@dlapiper.com |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: 9/25/07

            Attorney for Plaintiff
            Emil Girczyc

Dated: 9/14/07

            Attorney for Defendant
            Summit Design, Inc. and
            Charles Hale

Rev 12.05

American LegalNet, Inc.
www.USCourtForms.com