UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTE ORDER

MAGISTRATE PATRICIA V. TRUMBULL

Date: 11/28/07

Court Reporter:                    Clerk:

Case No: C 07-03372 JW             Case Title:    Girczyc  vs.  Summit Design

| Appearances for Plaintiff(s) | Appearances for Defendants(s) |
|---|---|
| Randall M. Widman | Hope Ann Case |

## PROCEEDINGS

Pretrial Conferences:   [ ] Initial        [ ] Status        [ ] Discovery

                        [ ] Settlement     [ ] Final

                        [ ] Other          **[X] Settlement Conference**

| Pltf. | Deft. | MOTIONS |
|---|---|---|
| [ ] | [ ] | 1. |
| [ ] | [ ] | 2. |
| [ ] | [ ] | 3. |
| [ ] | [ ] | 4. |

## DISPOSITION

[ ] Granted            [ ] Submitted            [ ] Settled

[ ] Denied             [ ] Briefs to be filed   [X] Not Settled

[ ] Granted in part, denied in part             [ ] Off Calendar


[ ]

## ORDER TO BE PREPARED BY

[ ] Plaintiff    [ ] Defendant        [ ] Court              [ ] Court w/opinion


cc: 5 ½ hours