LAW OFFICES OF RANDALL M. WIDMANN
RANDALL M. WIDMANN (State Bar No. 73154)
randall@rmwlaw.net
2479 E. Bayshore Rd., Suite 703
Palo Alto, CA 94303
Tel: 650.424.8400

Attorneys for Plaintiff
EMIL GIRCZYC

J. ROBERT SHUMAN, JR. (State Bar No. 100236)
*john.shuman@dlapiper.com*
HOPE ANNE CASE (State Bar No. 157089)
*hope.case@dlapiper.com*
**DLA PIPER US LLP**
2000 University Avenue
East Palo Alto, CA 94303-2215
Tel: 650.833.2000
Fax: 650.833.2001

Attorneys for Defendants
SUMMIT DESIGN, INC.
and CHARLES HALE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

EMIL GIRCZYC,

Plaintiff,

v.

SUMMIT DESIGN, INC. a corporation, CHARLES HALE, an individual, DOE ONE through DOE FIFTY, inclusive,

Defendants.

CASE NO. C 07-03372 JW

**STIPULATED DISMISSAL BETWEEN PLAINTIFF EMIL GIRCZYC AND DEFENDANTS SUMMIT DESIGN, INC. AND CHARLES HALE**

JUDGE: Hon. James Ware

In accordance with Fed. R. Civ. P. 41(a), plaintiff Emil Girczyc ("Girczyc") and defendants Summit Design, Inc. and Charles Hale ("Defendants") hereby stipulate to a dismissal of all claims and parties to this action with prejudice. Each party shall bear its own costs.

IT IS SO STIPULATED.

Dated: ______________________

LAW OFFICES OF RANDALL M. WIDMANN

By ______________________
RANDALL M. WIDMANN
Attorneys for Plaintiff
EMIL GIRCZYC

Dated: February 25, 2008

DLA PIPER US LLP

By ______________________
HOPE ANNE CASE
Attorneys for Defendants
SUMMIT DESIGN, INC. and
CHARLES HALE

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: ______________________

______________________
HONORABLE JAMES WARE
United States District Judge