1  In accordance with Fed. R. Civ. P. 41(a), plaintiff Emil Girczyc ("Girczyc") and
2  defendants Summit Design, Inc. and Charles Hale ("Defendants") hereby stipulate to a dismissal
3  of all claims and parties to this action with prejudice. Each party shall bear its own costs.
4  IT IS SO STIPULATED.

Dated: 2/26/08

LAW OFFICES OF RANDALL M. WIDMANN

By _____
RANDALL M. WIDMANN
Attorneys for Plaintiff
EMIL GIRCZYC

Dated: February 25, 2008

DLA PIPER US LLP

By _____
HOPE ANNE CASE
Attorneys for Defendants
SUMMIT DESIGN, INC. and
CHARLES HALE

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____

_____
HONORABLE JAMES WARE
United States District Judge

DLA Piper US LLP
PA\10539139.1
365827-1

-1-

STIPULATED DISMISSAL WITH PREJUDICE