1  LAW OFFICES OF RANDALL M. WIDMANN
   RANDALL M. WIDMANN (State Bar No. 73154)
2  randall@rmwlaw.net
   2479 E. Bayshore Rd., Suite 703
3  Palo Alto, CA 94303
   Tel: 650.424.8400
4
   Attorneys for Plaintiff
5  EMIL GIRCZYC

6  J. ROBERT SHUMAN, JR. (State Bar No. 100236)
   *john.shuman@dlapiper.com*
7  HOPE ANNE CASE (State Bar No. 157089)
   *hope.case@dlapiper.com*
8  **DLA PIPER US LLP**
   2000 University Avenue
9  East Palo Alto, CA 94303-2215
   Tel: 650.833.2000
10 Fax: 650.833.2001

11 Attorneys for Defendants
   SUMMIT DESIGN, INC.
12 and CHARLES HALE

GRANTED

*James Ware*

Judge James Ware

3/7/2008

13              UNITED STATES DISTRICT COURT

14              NORTHERN DISTRICT OF CALIFORNIA

15                    SAN JOSE DIVISION

16

17  EMIL GIRCZYC,                          CASE NO.  C 07-03372 JW

18            Plaintiff,

                                           **STIPULATED DISMISSAL BETWEEN**
19        v.                               **PLAINTIFF EMIL GIRCZYC AND**
                                           **DEFENDANTS SUMMIT DESIGN, INC.**
20  SUMMIT DESIGN, INC. a corporation,     **AND CHARLES HALE**
    CHARLES HALE, an individual, DOE
21  ONE through DOE FIFTY, inclusive,      JUDGE:  Hon. James Ware

22            Defendants.

23

24

25

26

27

28

1        In accordance with Fed. R. Civ. P. 41(a), plaintiff Emil Girczyc ("Girczyc") and

2    defendants Summit Design, Inc. and Charles Hale ("Defendants") hereby stipulate to a dismissal

3    of all claims and parties to this action with prejudice. Each party shall bear its own costs.

4        IT IS SO STIPULATED.

5
6    Dated: _8/26/08_____    LAW OFFICES OF RANDALL M. WIDMANN

7        By _____

8           RANDALL M. WIDMANN
       Attorneys for Plaintiff

9           EMIL GIRCZYC

10   Dated: _February 25, 2008____    DLA PIPER US LLP

11       By _____

12          HOPE ANNE CASE
       Attorneys for Defendants

13          SUMMIT DESIGN, INC. and
       CHARLES HALE

14

15   PURSUANT TO STIPULATION, IT IS SO ORDERED.    The Clerk shall close this file.

16   Dated: _March 7, 2008_____

17       _____

18       HONORABLE JAMES WARE
    United States District Judge

19

20

21

22

23

24

25

26

27

28

PA\10539139.1
365827-1
-1-

STIPULATED DISMISSAL WITH PREJUDICE