1  LAW OFFICES OF RANDALL M. WIDMANN
   RANDALL M. WIDMANN (State Bar No. 73154)
2  randall@rmwlaw.net
   2479 E. Bayshore Rd., Suite 703
3  Palo Alto, CA 94303
   Tel: 650.424.8400
4
   Attorneys for Plaintiff
5  EMIL GIRCZYC

6  J. ROBERT SHUMAN, JR. (State Bar No. 100236)
   *john.shuman@dlapiper.com*
7  HOPE ANNE CASE (State Bar No. 157089)
   *hope.case@dlapiper.com*
8  **DLA PIPER US LLP**
   2000 University Avenue
9  East Palo Alto, CA 94303-2215
   Tel: 650.833.2000
10 Fax: 650.833.2001

11 Attorneys for Defendants
   SUMMIT DESIGN, INC.
12 and CHARLES HALE

GRANTED

*James Ware*

Judge James Ware

3/7/2008

13                UNITED STATES DISTRICT COURT

14              NORTHERN DISTRICT OF CALIFORNIA

15                    SAN JOSE DIVISION

16

17 EMIL GIRCZYC,                          CASE NO. C 07-03372 JW

18         Plaintiff,

19      v.                                **STIPULATED DISMISSAL BETWEEN
                                          PLAINTIFF EMIL GIRCZYC AND
20 SUMMIT DESIGN, INC. a corporation,     DEFENDANTS SUMMIT DESIGN, INC.
   CHARLES HALE, an individual, DOE       AND CHARLES HALE**
21 ONE through DOE FIFTY, inclusive,
                                          JUDGE: Hon. James Ware
22         Defendants.

23

24

25

26

27

28

1    In accordance with Fed. R. Civ. P. 41(a), plaintiff Emil Girczyc ("Girczyc") and

2    defendants Summit Design, Inc. and Charles Hale ("Defendants") hereby stipulate to a dismissal

3    of all claims and parties to this action with prejudice. Each party shall bear its own costs.

4         IT IS SO STIPULATED.

5
     Dated: ____2/26/08____
6
                                              LAW OFFICES OF RANDALL M. WIDMANN
7
                                              By _____
8                                               RANDALL M. WIDMANN
                                                Attorneys for Plaintiff
                                                EMIL GIRCZYC
9
     Dated: ___February 25, 2008___            DLA PIPER US LLP
10
11                                            By _____
                                                HOPE ANNE CASE
12                                              Attorneys for Defendants
                                                SUMMIT DESIGN, INC. and
13                                              CHARLES HALE

14

15   PURSUANT TO STIPULATION, IT IS SO ORDERED.    The Clerk shall close this file.

16   Dated: ___March 7, 2008___

17                                            _____
                                              HONORABLE JAMES WARE
18                                            United States District Judge

19

20

21

22

23

24

25

26

27

28
                                              -1-